**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **AMERICAN AIRLINES, INC., a Delaware Corporation,** | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) ) | **Civil Action No. 4:24-cv-00134** |
| **ADVANCED AIR, LLC, a California Limited Liability Corporation,** | ) ) ) | |
| *Defendant.* | ) ) ) ) ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff American Airlines, Inc. ("American") and Defendant Advanced Air, LLC ("Advanced Air"), through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby file this Joint Stipulation of Dismissal with Prejudice.

The Parties have entered into a Settlement Agreement that resolves all matters in controversy between them. Accordingly, the Parties stipulate and agree to the dismissal of all of American's claims against Advanced Air with prejudice.

The Parties further stipulate and agree that each party will bear its own attorneys' fees, costs, and expenses in this matter.

1

Dated:  March 21, 2024

Respectfully submitted,


By:  */s/   Michael D. Anderson*
Dee J. Kelly, Jr.
State Bar No. 11217250
dee.kelly@kellyhart.com
Michael D. Anderson
State Bar No. 24031699
michael.anderson@kellyhart.com
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas  76102
Tel: (817) 332-2500
Fax: (817) 878-9280

**ATTORNEYS FOR PLAINTIFF**
**AMERICAN AIRLINES, INC.**

By:  */s/   Andrew W. Stinson*
Andrew W. Stinson
State Bar No. 24028013
astinson@rameyflock.com
**RAMEY & FLOCK, P.C.**
100 E. Ferguson Street, Suite 500
Tyler, Texas 75702
Tel:  (903) 597-3301

**ATTORNEYS FOR DEFENDANT**
**ADVANCED AIR, LLC**


## CERTIFICATE OF SERVICE

I certify that on March 21, 2024, I served the foregoing document electronically in accordance with the Federal Rules of Civil Procedure.

*/s/Michael D. Anderson*
Michael D. Anderson